

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00028-CV

Carmelita **RILEY** and Anthony Pena,
Appellants

v.

Lizette **TORRES**, Paula Pueblitz, San Juanita Valdez and Puig Management and Rentals LLC.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2012CVF001192-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 5, 2014

DISMISSED

Texas Rule of Appellate Procedure 5 provides the following:

A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Because appellants failed to pay the filing fee in this appeal, on January 29, 2014, we ordered appellants, on or before February 10, 2014, to either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or these rules from paying the

filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellants failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Appellants, however, failed to pay the filing fee or provide written proof that they are excused from paying the filing fee by the date ordered. We, therefore, dismiss this appeal. *See id.*

PER CURIAM